B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

| | | | |
|---|---|---|---|
| In re | Robin Williams-Denson<br>Henry Denson, Jr. | Case No. | |
| | Debtor(s) | Chapter | 13 |

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _281.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _70.25_  Check one    ☐ With the filing of the petition, or
                           ■ On or before   _4/19/13_

   $ _70.25_  on or before   _5/17/13_

   $ _70.25_  on or before   _6/14/13_

   $ _70.25_  on or before   _7/12/13_

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  April 8, 2013                      Signature  /s/ Robin Williams-Denson
                                                    Robin Williams-Denson
/s/ Carl Flaningam                                  Debtor
Attorney for Debtor(s)
Carl Flaningam
LAF
120 S. LaSalle, Suite 900
Chicago, IL 60603-3425                   Signature  /s/ Henry Denson, Jr.
312-341-1070                                        Henry Denson, Jr.
Fax: 312-341-1041                                   Joint Debtor

**B3A (Official Form 3A) (12/07) - Cont.**

# United States Bankruptcy Court
## Northern District of Illinois

In re: Robin Williams-Denson, Henry Denson, Jr.
Debtor(s)

Case No.
Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____

*United States Bankruptcy Judge*